# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00704-CV

---

**Mischa Adorare, Appellant**

**v.**

**Spillman Ranch Homes LP, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-24-001441, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On July 23, 2025, appellant filed an opposed motion to abate or stay this appeal pending resolution of the simultaneous appeal that appellant filed in the United States Court of Appeals for the Fifth Circuit seeking review of the United States District Court for the Western District's order remanding this case to state court. Because the Fifth Circuit's decision in the appeal pending before it may be dispositive of the issues presented in the appeal pending before us, we grant appellant's motion and abate this appeal until further order of this Court.

By October 6, 2025, appellant shall either file a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

Additionally, appellant's reply brief is currently due on August 7, 2025. On July 23, 2025, appellant filed a motion for extension of time, requesting that the Court extend the

time for filing appellant's reply brief to September 16, 2025.  We grant in part appellant's motion for extension of time.  Appellant's reply brief will be due thirty days after the date this appeal is reinstated.

It is ordered on August 6, 2025.


Before Chief Justice Byrne, Justices Crump and Ellis.

Abated

Filed:  August 6, 2025